

# THE MOORISH NATIONAL REPUBLIC
## MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
### Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

FILED BY____D.C.

AUG 2 7 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## In The
## United States District Court
## Southern District of Florida Republic

Edward Shane West-El, Authorized Representative, Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
Florida Territory
[c/o 17701 NW 32 Ave
[Miami Gardens, Florida [Zip Exempt]]
Northwest Amexem
**Petitioner**

**V.**

ILA 1416 President Ellis Canty
IlA 1416 Financial Secretary Torrin Ragin
**Respondents / Defendants**

### Jurisdiction

This action containing complaints for declaratory relief and for damages, is brought against the defendants to secure due process of law, equal protection and other rights, privileges and immunities guaranteed to complainant by the Constitution / Treaty and laws of these United States Republic.

Jurisdiction of this court is invoked under The Zodiac Constitution ©AA222141 / Library of Congress, Washington, District of Columbia, Constitution / Treaty and laws of the United States Republic as follows:

Universal Declaration of Human Rights: Article 2
Declaration of Independence of July 1776, Life, Liberty and the Pursuit of Happiness
### Venue

Original Jurisdiction United States District Court Southern District of Florida

### Plaintiff

Edward Shane West-El, Natural Person, In Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States **(http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties)** the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States

### Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

### Article 21
"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

### Defendants
ILA 1416 Board Member (President) Ellis Canty
ILA 1416  Board Member (Financial Secretary) Torrin Ragin

## Facts
In support of this petition I state for the record:

1. On or around June of 2018, The Plaintiff contacted John Williams or James Smith of the International Longshoremen association with a complaint about Supervisor James Ragin II on information received from Board Member Steve Windgard.. On or around December 18, 2019, the Plaintiff Edward Shane West-El was denied an upgrade to Journeymen Status from a casual employee. The Plaintiff believes this was retaliation for complaining about Torrin Ragins Family member, his Uncle to the International Longshoremen Human Resources.

## Legal Claims

When the  Declaration of Independence is not  honored it is a violation of my Constitutionally Secured Rights.

The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.

"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2."

"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."

## RELIEF

1. **The Enforcement of the following:** The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

1)      I, Edward Shane West-El, demand Due Process as protected by the Fourth (4ᵗʰ) and Fifth (5ᵗʰ) Amendments of the Constitution for the United States of America (Republic).

2)

3)      I, Edward Shane West-El, demand if any criminal charges be found, let them be placed upon the Defendants..

4)      I, Edward Shane West-El, demand this United States District Court of Florida court view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

5)      I, Edward Shane West-El, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States District Court of Florida to fulfill their obligation to preserve the rights of this Petitioner (A Moorish Americans) and carry out their Judicial Duty in 'Good Faith' by ordering Plaintiff to be brought before the Law to answer for their criminal and unjust actions.

6)

7)      All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

8)      Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.

9)      Respondent ILA Local 1416 Board Member Ellis Canty is being sued for $500,000 for compensatory damages and $500,000 for punitive damages in its official capacity payable in lawful money.

10)      Respondent ILA Local 1416 Board Member Torrin Ragin is being sued for $500,000 for compensatory damages and $500,000 for punitive damages in his official capacity payable in lawful money.

11)      Respondent ILA Local 1416 is being sued for $1,500,000 for compensatory damages and $1,500,000 for punitive damages in her official and private capacity payable in lawful money.

## TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this 27th day of August, 2019

I Am: _Edward Shane West El_

Edward Shane West-El, Authorized Representative

Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Florida Territory
[c/o 17701 NW 32Ave]
[Miami Gardens,Florida Florida [Zip Exempt]]
Northwest Amexem